IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REBEKAH HARDY, )<br>on behalf of herself and all others )<br>similarly situated, )<br> )<br>    *Plaintiff,* )<br> )<br>v. )<br> )<br>EVOLVE MORTGAGE SERVICES, LLC, )<br> )<br>    *Defendant.* | CASE NO. 4:25-cv-01223 |

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, EVOLVE MORTGAGE SERVICES, LLC ("Defendant"), Defendant in the above-entitled and numbered cause, and files this, its *Original Answer and Affirmative Defenses*, and would show the Court as follows:

**I.  ORIGINAL ANSWER:**
**RESPONSE TO ALLEGATIONS OF PLAINTIFF'S ORIGINAL COMPLAINT**

In response to the allegations of Plaintiff's *Class Action Complaint*, and to the extent any allegations in the *Complaint* that are directed against Defendant are not directly responded to below, they are denied. The headings and subheadings of the *Complaint* do not constitute allegations pled against Defendant, but to the extent they may be so construed, such allegations are denied, whether or not directly addressed below. Defendant specifically denies that Plaintiff is entitled to any of the relief set forth in the Prayer for Relief. As discovery has not been completed, Defendant reserves the right to supplement this response should new information come to light regarding this case. Accordingly, Defendant pleads as follows:

**NATURE OF ACTION**

1. As to Paragraph 1 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

2. As to Paragraph 2 of the *Class Action Complaint*, Defendant admits the allegations.

3. As to Paragraph 3 of the *Class Action Complaint*, Defendant admits that it obtains and maintains PII identifiable to its customers and employees. Defendant denies the remaining allegations in this Paragraph.

4. As to Paragraph 4 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

5. As to Paragraph 5 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraphs.

6. As to Paragraph 6 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

7. As to Paragraph 7 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

8. As to Paragraph 8 of the *Class Action Complaint*, Defendant admits that Plaintiff is a former employee of Defendant and purports to bring this class action on behalf of herself, however, Defendant is without sufficient information to admit or deny the remaining allegations in this Paragraph.

9. As to Paragraph 9 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

**PARTIES**

10. As to Paragraph 10 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

11. As to Paragraph 11 of the *Class Action Complaint*, Defendant admits the allegations.

**JURISDICTION AND VENUE**

12. As to Paragraph 12 of the *Class Action Complaint*, Defendant is without sufficient information at this time to admit or deny the allegations in this Paragraph.

13. As to Paragraph 13 of the *Class Action Complaint*, Defendant is without sufficient information at this time to admit or deny the allegations in this Paragraph.

14. As to Paragraph 14 of the *Class Action Complaint*, Defendant is without sufficient information at this time to admit or deny the allegations in this Paragraph.

## BACKGROUND

15. As to Paragraph 15 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 15 contains statements quoted. The remaining allegations in Paragraph 15 are denied

16. . As to Paragraph 16 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

17. As to Paragraph 17 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

18. As to Paragraph 18 of the *Class Action Complaint*, Defendant admits that state and federal laws generally impose duties regarding the protection of sensitive information. Defendant denies the remaining allegations in this Paragraph.

19. As to Paragraph 19 of the *Class Action Complaint*, Defendant admits that it has a privacy policy and that the privacy policy alleged in Paragraph 19 governing web site use contains the alleged statements. Defendant denies the remaining allegations in this Paragraph. Defendant specifically denies that the privacy policy alleged in this Paragraph is the agreement that governs its relationship with its clients and employees.

20. As to Paragraph 20 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

21. As to Paragraph 21 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

22. As to Paragraph 22 of the *Class Action Complaint*, Defendant admits that state and federal laws generally impose duties regarding the protection of sensitive information. The remaining allegations in Paragraph 22 are denied. Defendant specifically denies that it is subject to "state and federal law," as alleged.

23. As to Paragraph 23 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

24. As to Paragraph 24 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

25. As to Paragraph 25 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

26. As to Paragraph 26 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 26 contains statements quoted. Defendant denies the remaining allegations in this Paragraph

27. As to Paragraph 27 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 27 contains statements quoted. Defendant denies the remaining allegations in this Paragraph.

28. As to Paragraph 28 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 28 contains statements quoted. Defendant denies the remaining allegations in this Paragraph.

29. As to Paragraph 29 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 29 contains statements quoted. Defendant denies the remaining allegations in this Paragraph.

30. As to Paragraph 30 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

31. As to Paragraph 31 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

32. As to Paragraph 32 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

33. As to Paragraph 33 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

34. As to Paragraph 34 of the *Class Action Complaint*, Defendant admits that it obtained and maintained PII identifiable to Plaintiff. Defendant also admits that Plaintiff is a former employee of Defendant. Defendant denies the remaining allegations in this Paragraph. Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

35. As to Paragraph 35 of the *Class Action Complaint*, Defendant admits that it obtained Plaintiff's PII. Defendant denies the remaining allegations in this Paragraph.

36. As to Paragraph 36 of the *Class Action Complaint*, Defendant admits that Plaintiff received an email from Defendant of the security incident. Defendant denies the allegations in this Paragraph.

37. As to Paragraph 37 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

38. As to Paragraph 38 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

39. As to Paragraph 39 of the *Class Action Complaint*, Defendant admits that state and federal laws generally impose duties regarding the protection of sensitive information. Defendant is without sufficient information to admit or deny the remaining allegations in this Paragraph.

40. As to Paragraph 40 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

41. As to Paragraph 41 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

...

42. As to Paragraph 42 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

43. As to Paragraph 43 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

44. As to Paragraph 44 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

45. As to Paragraph 45 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

46. As to Paragraph 46 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

47. As to Paragraph 47 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

48. As to Paragraph 48 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

49. As to Paragraph 49 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

50. As to Paragraph 50 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

51. As to Paragraph 51 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

52. As to Paragraph 52 of the *Class Action Complaint*, Defendant admits that Plaintiff cites web posts and that Paragraph 52 contains statements quoted. Defendant denies the remaining allegations in this Paragraph.

53. As to Paragraph 53 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

54. As to Paragraph 54 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

55. As to Paragraph 55 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

56. As to Paragraph 56 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

57. As to Paragraph 57 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

58. As to Paragraph 58 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

59. As to Paragraph 59 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

60. As to Paragraph 60 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

61. As to Paragraph 61 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

62. As to Paragraph 62 of the *Class Action Complaint*, Defendant admits that it had some data security obligations. Defendant denies the remaining allegations in this Paragraph

63. As to Paragraph 63 of the *Class Action Complaint*, Defendant admits that Plaintiff cites a web post. Defendant denies the remaining allegations in this Paragraph.

64. As to Paragraph 64 of the *Class Action Complaint*, Defendant admits that Plaintiff cites a web post. Defendant denies the remaining allegations in this Paragraph.

65. As to Paragraph 65 of the *Class Action Complaint*, Defendant admits that it was aware of the ransomware attacks. Defendant is without sufficient information to admit or deny the remaining allegations in this Paragraph.

66. As to Paragraph 66 of the *Class Action Complaint*, Defendant denies that it stored the private information of current and former clients and customers in an "Internet-accessible environment," and is without sufficient information to admit or deny the remaining allegations in this Paragraph.

67. As to Paragraph 67 of the *Class Action Complaint*, Defendant admits that data breaches are prevalent in today's society, but denies the remaining allegations in this Paragraph.

68. As to Paragraph 68 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

69. As to Paragraph 69 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

70. As to Paragraph 70 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

71. As to Paragraph 71 of the *Class Action Complaint*, Defendant admits that in 2016, the FTC updated its publication, Protecting Personal Information: A Guide for Business, and set guidelines. Defendant asserts that the publication is the best evidence of its contents. Defendant denies the remaining allegations in this Paragraph.

72. As to Paragraph 72 of the *Class Action Complaint*, Defendant admits that in 2016, the FTC updated its publication, Protecting Personal Information: A Guide for Business, and set guidelines. Defendant asserts that the publication is the best evidence of its contents. Defendant denies the remaining allegations in this Paragraph.

73. As to Paragraph 73 of the *Class Action Complaint*, Defendant admits that in 2016, the FTC updated its publication, Protecting Personal Information: A Guide for Business, and set guidelines. Defendant asserts that the publication is the best evidence of its contents. Defendant denies the remaining the allegations in this Paragraph.

74. As to Paragraph 74 of the *Class Action Complaint*, Defendant admits that the FTC has brought enforcement actions for data protection. Defendant denies the remaining allegations in this Paragraph.

75. As to Paragraph 75 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

76. As to Paragraph 76 of the *Class Action Complaint*, Defendant admits that several best practices have been identified. Defendant also admits that the following are data security practices: educating all employees; strong passwords; multi-layer security, including firewalls, anti-virus, and antimalware software; encryption, making data unreadable without a key; multi-factor authentication; backup data; and limiting which employees can access sensitive data. Defendant denies the remaining allegations in this Paragraph.

77. As to Paragraph 77 of the *Class Action Complaint*, Defendant admits that several best practices have been identified. Defendant also admits that the following are data security practices: installing appropriate malware detection software; monitoring and limiting the network ports; protecting web browsers and email management systems; setting up network ports; protecting web browsers and email management systems; setting up network systems such as firewalls, switches, and routers; monitoring and protection of physical security systems; protection against any possible communication system; and training staff regarding critical points. Defendant denies the remaining allegations in this Paragraph.

78. As to Paragraph 78 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

79. As to Paragraph 79 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

## CLASS ACTION ALLEGATIONS

80. As to Paragraph 80 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

81. As to Paragraph 81 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

82. As to Paragraph 82 of the *Class Action Complaint*, Defendant admits the allegations in this Paragraph.

83. As to Paragraph 83 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

84. As to Paragraph 84 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph

85. As to Paragraph 85 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

86. As to Paragraph 86 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

87. As to Paragraph 87 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

88. As to Paragraph 88 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

89. As to Paragraph 89 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

### **FIRST CAUSE OF ACTION**
**Negligence**
**(On Behalf of Plaintiff and the Class)**

90. Defendant incorporates its responses to all previous paragraphs of the *Class Action Complaint*.

91. As to Paragraph 91 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

92. As to Paragraph 92 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

93. As to Paragraph 93 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

94. As to Paragraph 94 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

95. As to Paragraph 95 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

96. As to Paragraph 96 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

97. As to Paragraph 97 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

98. As to Paragraph 98 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

99. As to Paragraph 99 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

100. As to Paragraph 100 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

101. As to Paragraph 101 of the *Class Action Complaint*, Defendant admits that Section 5 of the FTC Act prohibits "unfair … practices in or affecting commerce," but denies the remaining allegations in this Paragraph.

102. As to Paragraph 102 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

103. As to Paragraph 103 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

104. As to Paragraph 104 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

105. As to Paragraph 105 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

106. As to Paragraph 106 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

107. As to Paragraph 107 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

108. As to Paragraph 108 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

109. As to Paragraph 109 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

110. As to Paragraph 110 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

111. As to Paragraph 111 of the *Class Action Complaint*, Defendant denies the allegations.

112. As to Paragraph 112 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

113. As to Paragraph 113 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

114. As to Paragraph 114 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

115. As to Paragraph 115 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

116. As to Paragraph 116 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

117. As to Paragraph 117 of the *Class Action Complaint*, Defendant denies allegations in this Paragraph.

118. As to Paragraph 118 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

119. As to Paragraph 119 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

120. As to Paragraph 120 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

## SECOND CAUSE OF ACTION
### Breach of Implied Contract
**(On Behalf of Plaintiff and the Class)**

121. Defendant incorporates its responses to all previous paragraphs of the *Class Action Complaint*.

122. As to Paragraph 122 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

123. As to Paragraph 123 of the *Class Action Complaint*, Defendant admits that customers and employees must provide certain information to Defendant as a result of their relationship. Defendant denies the remaining allegations in this Paragraph.

124. As to Paragraph 124 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

125. As to Paragraph 125 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

126. As to Paragraph 126 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

127. As to Paragraph 127 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

128. As to Paragraph 128 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

129. As to Paragraph 129 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

130. As to Paragraph 130 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

131. As to Paragraph 131 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

132. As to Paragraph 132 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

133. As to Paragraph 133 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

134. As to Paragraph 134 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

135. As to Paragraph 135 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

136. As to Paragraph 136 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

137. As to Paragraph 137 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

138. As to Paragraph 138 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

## THIRD CAUSE OF ACTION
### Unjust Enrichment
### (On Behalf of Plaintiff and the Class)

139. Defendant incorporates its responses to all previous paragraphs of the *Class Action Complaint*.

140. As to Paragraph 140 of the *Class Action Complaint*, Defendant admits that Plaintiff purports to allege this claim in the alternative. Defendant denies the remaining allegations in this Paragraph.

141. As to Paragraph 141 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

142. As to Paragraph 142 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

143. As to Paragraph 143 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

144. As to Paragraph 144 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

145. As to Paragraph 145 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

146. As to Paragraph 146 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

147. As to Paragraph 147 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

148. As to Paragraph 148 of the *Class Action Complaint*, Defendant denies Plaintiff's entitlement to any of the damages described in this Paragraph and further denies all allegations contained therein.

## **THIRD CLAIM FOR RELIEF**
### Invasion of Privacy
### (On Behalf of Plaintiff and the Class)

149. Defendant incorporates its responses to all previous paragraphs of the *Class Action Complaint*.

150. As to Paragraph 150 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph..

151. As to Paragraph 151 of the *Class Action Complaint*, Defendant denies the allegations.

152. As to Paragraph 152 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

153. As to Paragraph 153 of the *Class Action Complaint*, Defendant is without sufficient information to admit or deny the allegations in this Paragraph.

154. As to Paragraph 154 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

155. As to Paragraph 155 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

156. As to Paragraph 156 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

157. As to Paragraph 157 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

158. As to Paragraph 158 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

159. As to Paragraph 159 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

160. As to Paragraph 160 of the *Class Action Complaint*, Defendant denies the allegations in this Paragraph.

161. As to Paragraph 161 of the *Class Action Complaint*, Defendant denies Plaintiff's entitlement to any of the damages described in this Paragraph and further denies all allegations contained therein.

## PRAYER FOR RELIEF

Defendant denies Plaintiff's entitlement to any of the relief described in the Prayer for Relief section of the *Complaint*, and further denies any and all allegations contained therein.

## II. AFFIRMATIVE DEFENSES

162. Defendant asserts that Defendant is not responsible for the Plaintiff's injuries based on any of the alleged causes of action asserted in the *Class Action Complaint*.

163. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Plaintiff lacks standing to sue.

164. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because there are insufficient facts to certify a class pursuant to Federal Rule of Civil Procedure 23; therefore, this action is not properly brought as a class action as a superior means to other methods of adjudication.

165. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Plaintiff is not a proper representative of the class she is alleged to represent and does not have claims typical of the purported class; therefore, this action is not properly brought as a class action.

166. Plaintiff's *Class Action Complaint* has failed to state a claim upon which relief can be granted.

167. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because the purported class is not so numerous so that joinder is impracticable; therefore, this action is properly brought as a class action.

168. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because there are not common questions of fact or law amongst the purported class so that this action is properly brought as a class action.

169. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Plaintiff cannot maintain a class action because the purported class members are not similarly situated.

170. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Defendant did not owe any duty of care to Plaintiffs.

171. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Defendant did not breach any duty of care to Plaintiff.

172. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Plaintiff and Defendant did not expressly nor implicitly agree to any specific level of data security.

173. Alternatively, Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because any alleged agreement lacked consideration required to make such agreement, if any, enforceable.

174. Plaintiff's *Class Action Complaint*, and each cause of action therein, is barred because Defendant did not wrongfully secure any benefit from Plaintiff which would be unconscionable for Defendant to retain.

175. Defendant is entitled to setoff, offset, and/or recoupment for any benefits conferred to Plaintiff and to any member of the putative class.

176. To the extent that any of the alleged wrongs in the Plaintiff's *Class Action Complaint*, and each cause of action therein, were committed by third parties, any and all such claims are barred as against Defendant in their entirety.

177. Defendant asserts that Plaintiff's claims are barred because Plaintiffs or others failed to mitigate their damages, if any.

178. Plaintiff's tort claims are barred by the economic loss rule. Plaintiff has not alleged a claim in the nature of tort and cannot recover tort damages for a purely economic loss.

179. Plaintiff's damages, if any, were proximately caused by the acts, omissions, or breaches of other persons and entities, including Plaintiff, and said acts, omissions, or breaches were intervening and superseding causes of Plaintiff's damages, if any. Defendant asserts its rights to comparative and/or proportionate responsibility under applicable law and requests that the fact finder apportion responsibility accordingly. Defendant also claims all offsets and credits available under applicable law.

180. To the extent that any of the alleged wrongs in the Plaintiff's *Class Action Complaint*, and each cause of action therein, were caused or made worse by an event that occurred after the conduct of Defendant alleged in the *Class Action Complaint*, Plaintiff is barred from recovering damages, if any, from Defendant.

181. Defendant asserts that Plaintiff did not suffer any damages proximately-caused by Defendant's alleged conduct.

182. Alternatively, Defendant fulfilled its security obligations to Plaintiff and remedied any problems resulting from the security incident by taking immediate remedial measures.

183. Alternatively, the nature of the data security incident involving Defendant made it impracticable, if not impossible, to perform any alleged security obligations. Defendant's performance was excused.

184. To the extent Defendant has insufficient knowledge or information on which to form a belief as to whether it has additional defenses to the Petition, Defendant expressly reserves its right to raise additional defenses as facts supporting any affirmative defenses may become known to it.

### III. REQUEST FOR ATTORNEY'S FEES

185. Defendant asserts that, upon prevailing in this matter, it is entitled to an award of attorney's fees under 17 U.S.C. § 505. *Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994).

## IV.  CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant requests a judgment that Plaintiff take nothing on her claims and awarding Defendant all other relief, both in law and in equity, to which Defendant may be entitled.

Respectfully submitted,

**FREEMAN, MATHIS & GARY, LLP**

  /s/ Michele Focht
**Michele Focht**
Texas State Bar No. 02314385
**Sara Y. Correa**
Texas State Bar No. 24148902
**Freeman, Mathis & Gary, LLP**
7160 North Dallas Parkway, Suite 625
Plano, Texas 75024
Telephone: 469-480-7062
Email: Michele.Focht@fmglaw.com
Email: Sara.Correa@fmglaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 8, 2025, a true and correct copy of the foregoing pleading was served on all parties by and through the counsel of record by electronic filing through the Court's CM/ECF system.

  /s/ Michele Focht
Michele Focht