IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REBEKAH HARDY, on behalf of herself and all others similarly situated, )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>EVOLVE MORTGAGE SERVICES, LLC, )<br>)<br>*Defendant*. | CIVIL ACTION NO. 4:25-CV-01223-RWS |

### DEFENDANT EVOLVE MORTGAGE SERVICES, LLC'S NOTICE OF SERVING INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Defendant, EVOLVE MORTGAGE SERVICES, LLC, files this Notice that on January 2, 2026, Defendant served its Initial Disclosures, conforming to the requirements listed in Federal Rule of Civil Procedure 26(a)(1), via email on counsel for Plaintiff.

DATED this 2nd day of January, 2026.

RESPECTFULLY SUBMITTED,

/S/ MICHELE FOCHT
**MICHELE B. FOCHT**
TEXAS STATE BAR NO.: 02314385
**SARA Y. CORREA**
TEXAS STATE BAR NO.: 24148902
**FREEMAN, MATHIS & GARY, LLP**
7160 DALLAS PARKWAY, SUITE 625
PLANO, TEXAS 75024
TELEPHONE: (469) 626-9899
EMAIL: MICHELE.FOCHT@FMGLAW.COM
EMAIL: SARA.CORREA@FMGLAW.COM

**ATTORNEYS FOR DEFENDANT
EVOLVE MORTGAGE SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2026, a true and correct copy of the above and foregoing instrument was served to counsel of record for each party in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

                                            /s/ Michele Focht
                                            MICHELE FOCHT