IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| REBEKAH HARDY, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-01223-RWS |
| EVOLVE MORTGAGE SERVICES, LLC, | § § § § | |
| Defendant. | § § | |

## **ORDER**

Before the Court is Defendant Evolve Mortgage Services, LLC's Unopposed Joint Stipulation for Extension of Time. Docket No. 10. The stipulation requests a continuance of the scheduling conference set for January 15, 2026 so that Defendant can complete its investigation into the alleged cybersecurity incident, which is the subject of Plaintiff Rebekah Hardy's lawsuit. *Id.* Having considered the parties' stipulation, the Court determines that the scheduling conference set for January 15, 2026 (Docket No. 7) should be **CANCELLED**. It is

**ORDERED** that, within **thirty (30) days** of the entry of this Order, the parties shall file a joint notice, indicating the status of the dispute and whether the parties are ready for a scheduling conference.

**So ORDERED and SIGNED this 5th day of January, 2026.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE