**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| **REBEKAH HARDY,** on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>**EVOLVE MORTGAGE SERVICES, LLC,**<br><br>            Defendant. | Case No. 4:25-cv-01223-RWS<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL** |

Pursuant to Local Rule CV-11(a), formal notice is hereby given that Brittany Resch of

Strauss Borrelli PLLC and Leanna Loginov of Shamis Gentile will serve as Lead Counsel for

Plaintiff Rebekah Hardy in the above-styled action:


Dated: April 2, 2026          By:  */s/ Brittany Resch*
                                  Brittany Resch
                                  STRAUSS BORRELLI PLLC
                                  One Magnificent Mile
                                  980 N. Michigan Ave., Suite 1610
                                  Chicago, IL 60611
                                  Telephone: (872) 263-1100
                                  Facsimile: (872) 263-1109
                                  bresch@straussborrelli.com

                                  Leanna Loginov
                                  SHAMIS & GENTILE, P.A.
                                  14 NE 1st Avenue, Suite 705
                                  Miami, FL 33132
                                  Telephone: (305) 479-2299
                                  lloginov@shamisgentile.com

                                  *Counsel for Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Brittany Resch, hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 2nd day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
    Brittany Resch
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com