UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **REBEKAH HARDY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EVOLVE MORTGAGE SERVICES, LLC,**<br><br>Defendant. | Case No. 4:25-cv-01223-RWS |

**JOINT MOTION TO STAY CASE PENDING MEDIATION**

Plaintiff Rebekah Hardy ("Plaintiff") and Defendant Evolve Mortgage Services, LLC ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby jointly move this Court for a stay of this case pending mediation. In support thereof, the Parties state as follows:

1.    On November 7, 2025, Plaintiff filed a Class Action Complaint against Defendant. ECF No. 1.

2.    On April 1, 2026, the Parties filed the Joint Motion regarding the Docket Control Order and Discovery Order (Dkt. 21) and a Joint Motion to Amend the Docket Control Order and Discovery Order (Dkt. 22). In the first motion, Dkt. 21, The Parties jointly requested that the Court reschedule the April 9, 2026, Scheduling Conference for a later date as all counsel have conflicts on April 9, 2026. That request remains pending.

3.    Following initial discussions and while negotiating the Docket Control Order and Discovery Order, the Parties have evaluated their respective claims and defenses and determined

1

that moving beyond mere settlement talks and into a formal mediation would be a productive means of resolving this dispute.

4.     The Parties agreed to schedule the mediation for June 17, 2026, before John DeGroote of DeGroote Partners.

5.     In advance of the mediation, the Parties have and continue to exchange information relating to the claims and defenses at issue, sufficient to permit a meaningful and productive mediation focused on case resolution rather than mere exploration.

6.     In light of the scheduled mediation, proceeding with further litigation activities during this period would result in the unnecessary expenditure of time and resources by both the Parties and the Court should the matter be resolved. Proceeding simultaneously on parallel litigation and mediation tracks would undermine the efficiencies mediation is designed to promote and could require work that is ultimately rendered unnecessary or substantially altered by the mediation's outcome. Instead of fulsome and expedited discovery, the Parties can streamline informal discovery tailored at resolving this action consistent with Federal Rule of Civil Procedure 1.

7.     As a result, the Parties jointly request a stay of this case pending mediation to allow for good-faith mediation efforts without expending unnecessary resources on litigation-focused activities.

8.     Good cause exists for the requested stay. The Parties are actively pursuing resolution of this matter by committing to participate in a mediation before a mutually agreed-upon mediator on June 17, 2026, and with the intent to pursue resolution in good faith. A stay will allow the Parties to focus their efforts on mediation without the distraction and expense of ongoing litigation-focused activities, while preserving the Court's resources.

9.      Neither Party will suffer any prejudice as a result of the requested stay.

10.     Granting this stay will promote judicial economy for the Court and the Parties consistent with Federal Rule of Civil Procedure 1.

11.     The Parties propose filing a joint status report within seven (7) business days following the mediation advising the Court whether the case has been resolved or whether further proceedings, including setting a Scheduling Conference, are necessary.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all proceedings and deadlines, and request that this Court forego entering a Docket Control Order and Discovery Order in this action pending completion of the June 17, 2026 mediation, and granting such further relief as the Court deems just and proper.

Dated: April 7, 2026

/s/ Brittany Resch
Brittany Resch
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Leanna A. Loginov
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
lloginov@shamisgentile.com

Counsel for Plaintiff and the Proposed Class

Dated: April 7, 2026

/s/ Michele B. Focht
Michele B. Focht
Texas State Bar No. 02314385
Sara Y. Correa
Texas State Bar No. 24148902
FREEMAN, MATHIS & GARY, LLP
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
Telephone: (469) 480-7062
Email: Michele.Focht@fmglaw.com
Email: Sara.Correa@fmglaw.com

Attorneys for Defendant

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff certifies that they conferred with counsel for Defendant via email on April 7, 2026.  Defendant does not oppose the relief sought in this motion.

DATED this 7th day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
Brittany Resch
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 7th day of April, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
Brittany Resch
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com