# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**REBEKAH HARDY** on behalf of herself
and all other similarly situated individuals,

                                                 **Case No. 4:25-CV-01223-RWS**

   *Plaintiff*,

vs.

**EVOLVE MORTAGE SERVICES, LLC**,

   *Defendant.*

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Rebekah Hardy, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.     All claims of the Plaintiff, Rebekah Hardy, individually, are hereby dismissed without prejudice.

2.     All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 24, 2026

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Leanna Loginov
Leanna Loginov Esq.
lloginov@shamisgentile.com
14 NE 1ˢᵗ Avenue, Sute 705
Miami, Fl. 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Leanna Loginov*
Leanna Loginov, Esq.

*Counsel for Plaintiff*