**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REBEKAH HARDY, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-01223-RWS |
| EVOLVE MORTGAGE SERVICES, LLC, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff Rebekah Hardy's Notice of Voluntary Dismissal Without Prejudice. Docket No. 28. Having reviewed the notice (Docket No. 28), the Court determines that it is **NOT ACCEPTED**.

In the notice, Plaintiff purports to dismiss her claims individually, and on behalf of any unnamed member of the class, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Docket No. 28. However, this rule only permits voluntary dismissal "before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant served an answer to Plaintiff's complaint. Docket No. 5. Therefore, Plaintiff is precluded from unilaterally dismissing her claims, or the claims of any unnamed member of the alleged class, without prejudice. Should the parties wish to dismiss the above-captioned case, they must instead file a joint stipulation signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). If the parties do not jointly stipulate to dismiss this case, it is

**ORDERED** that the parties shall file a joint report, within **seven (7)** days of this Order, indicating the status of the case.

**So ORDERED and SIGNED this 22nd day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE