**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**REBEKAH HARDY** on behalf of herself
and all other similarly situated individuals,

                                          **Case No. 4:25-CV-01223-RWS**

    *Plaintiff*,

vs.

**EVOLVE MORTGAGE SERVICES, LLC**,

    *Defendant*.

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Rebecca Hardy and Defendant, Evolve Mortgage Services, LLC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Rebekah Hardy, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged putative class are hereby dismissed without prejudice.

Date: July 29, 2026

                                  Respectfully Submitted,

                                  **SHAMIS & GENTILE P.A.**

                                  /s/ Leanna Loginov
                                  Leanna Loginov Esq.
                                  lloginov@shamisgentile.com
                                  14 NE 1st Avenue, Suite 705
                                  Miami, Fl. 33132

Telephone: 305-479-2299

*Counsel for Plaintiff and the putative Class.*

/s/ Michele B. Focht
Michele B. Focht
Texas State Bar No. 02314385
Sara Y. Correa
Texas State Bar No. 24148902
FREEMAN, MATHIS & GARY, LLP
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
Telephone: (469) 480-7062
Email: Michele.Focht@fmglaw.com
Email: Sara.Correa@fmglaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Leanna Loginov*
Leanna Loginov, Esq.