**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REBEKAH HARDY, *on behalf of herself and all others similarly situated,* | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01223-RWS |
| EVOLVE MORTGAGE SERVICES, LLC, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. Docket No. 30. The parties stipulate that (1) all of Plaintiff Rebekah Hardy's claims are dismissed without prejudice, and (2) all claims of any unnamed member of the alleged putative class are dismissed without prejudice. The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the parties' joint stipulation of dismissal (Docket No. 30) is accepted by the Court and that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 4th day of August, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE